## Case No. 7,370a.

### JOHNSON v. A RAFT OF SPARS.

[21 Betts. D. C. MS. 108.]

District Court, S. D. New York. Jan., 1853.

Before BETTS, District Judge.

## Case No. 7,371.

### JOHNSON v. BEARD.

[2 Ban. & A. 50; 1 8 O. G. 435.]

Circuit Court, S. D. New York. April, 1875.

1 [Reported by Hubert A. Banning. Esq.. and Henry Arden, Esq., and here reprinted by permission.]